# THE HARMAN FIRM, PC

**Attorneys & Counselors At Law**
www.theharmanfirm.com

April 20, 2015

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**   <u>L.T. Robinson Jr. v. Archcare *and* Terence Cardinal Cooke Health Care Center
14-cv-10098 (NRB)</u>

Dear Judge Buchwald:

   We represent the Plaintiff in the above-referenced employment discrimination matter.  In accordance with Your Honor's Individual Practices, we write to request a pre-motion conference with respect to our intended Motion to Withdraw as Counsel.

   We have represented Plaintiff prior to and throughout this action.  Plaintiff filed a Complaint on December 23, 2014; Defedant filed their Answer on February 13, 2015.  The parties have participated in the Southern District of New York's Mediation Program; a mediation session took place on March 31, 2014, and the mediation did not result in a settlement.  There is no scheduling order in place, and there are no dates presently calendared before the Court in this action.

   The withdrawal motion is prompted by Plaintiff's election to proceed *pro se*.  As such, Plaintiff consents to our withdrawal as counsel in this action.  Accordingly, we respectfully request: i) a pre-motion conference to address our motion to withdraw, or, alternatively, ii) leave from the Court to file a motion to withdraw as counsel.

                                                              Respectfully Submitted,

                                                              Walker G. Harman, Jr.

cc:   Ernest R. Stolzer, Esq. (via ECF)
      Jessica Christine Moller, Esq. (via ECF)
      L.T. Robinson, Jr. (via First Class Mail and Email)

                                                              **1776 Broadway, Suite 2030**
                                                              **New York, New York 10019**
                                                              **T 212 425 2600 F 212 202 3926**