```
                                              ┌─────────────────────────────┐
                                              │ USDC SDNY                   │
                                              │ DOCUMENT                    │
                                              │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT                  │ DOC #:_____        │
SOUTHERN DISTRICT OF NEW YORK                 │ DATE FILED: 06/02/2015      │
------------------------------------------X   └─────────────────────────────┘
```

L.T. ROBINSON, JR.,

                Plaintiff,          Docket No.: 14-CV-10098
                                                (NRB)

-against-

ARCHCARE and TERRANCE CARDINAL COOKE     **STIPULATION AND ORDER**
HEALTH CARE CENTER,                                  **SUBSTITUTING ATTORNEYS**

                Defendants.
------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** that the undersigned counsel consent to the substitution of the law firm Borrelli & Associates, P.L.L.C., by and through its attorneys, Jeffrey R. Maguire, Alexander T. Coleman, and Michael J. Borrelli, as attorneys of record for Plaintiff L.T. Robinson, Jr. in the above-captioned action in place and instead of the law firm The Harman Firm, P.C., and its attorneys, Walker G. Harman, Jr., and Ronnie L. Silverberg.

| BORRELLI & ASSOCIATES, P.L.L.C. | THE HARMAN FIRM, P.C. |
|---|---|
| By: _____<br>JEFFREY R. MAGUIRE, ESQ. | By: _____<br>WALKER G. HARMAN, JR., ESQ. |
| 1010 Northern Boulevard, Suite 328<br>Great Neck, New York 11021<br>(516) 248-5550<br>jrm@employmentlawyernewyork.com | 1776 Broadway, Suite 2030<br>New York, New York 10019<br>(212) 425-2600<br>wharman@theharmanfirm.com |

SO ORDERED:        DATE: June 2, 2015

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE